**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,               )<br>                    Plaintiff,          )<br>                                         )<br>vs.                                      )<br>                                         )<br>Florentino Ramirez-Cruz,                 )<br>                    Defendant.           )<br>_____) | No. 06-3025M<br><br>**ORDER** |

The Court having considered the Defendant's[1] Motion for Substitution of Counsel (Doc. #9), and good cause appearing,

**IT IS HEREBY ORDERED** granting Defendant's Motion for Substitution of Counsel and substituting Phillips and Associates, Jose Montano, 3030 North Third Street, Suite 1101, Phoenix, Arizona 85012, as the attorney for Defendant Florentino Ramirez-Cruz, for all further proceedings in the above-entitled matter in the place of Tyrone Mitchell.

**IT IS FURTHER ORDERED** granting Defendant's[2] Motion to Withdraw as Counsel (Doc. #6).

DATED this 14th day of February, 2006.

_____
David K. Duncan
United States Magistrate Judge

---

[1] Filed by attorney Jose Montano.

[2] Filed by attorney Tyrone Mitchell.